# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158816

CHARTER TOWNSHIP OF YPSILANTI,
     Plaintiff-Appellant,

v

JUDITH PONTIUS,
     Defendant-Appellee.

SC: 158816
COA: 340487
Washtenaw CC: 16-000800-CZ

_____/

By order of April 30, 2019, the application for leave to appeal the October 30, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *DeRuiter v Byron Twp* (Docket No. 158311). On order of the Court, the case having been decided on April 27, 2020, ___ Mich ___ (2020), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *DeRuiter*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

p0921